IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV216-MU

| | | |
|---|---|---|
| CHERRY REAVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GOVERNMENT EMPLOYEES; | ) | |
| MICHAEL TEDATERS; and | ) | |
| MISSY SPEARS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon its own motion. Pursuant to the court's Order of June 17, 2009, the court has conducted a frivolity review of the Plaintiff's Complaint. First of all, it appears that the court has no jurisdiction over this action. Even if the court could exercise jurisdiction, it appears that the Plaintiff has failed to state a claim upon which relief can be granted. Accordingly,

IT IS THEREFORE ORDERED that this case is hereby DISMISSED.

Signed: August 25, 2009

Graham C. Mullen
United States District Judge