# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Cherry Reaves ,

    Plaintiff(s),                                  JUDGMENT IN A CIVIL CASE

vs.                                                  3:09-cv-216

Government Employees, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 25, 2009 Order.

Signed: August 25, 2009

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court